**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALISHA SICILIANO, CASSIE STARETZ,   :   No. 823 MAL 2016
SAMANTHA LYNN EARLY AND JUSTIN   :
ECK, INDIVIDUALLY AND ON BEHALF   :
OF ALL SIMILARLY SITUATED   :   Petition for Allowance of Appeal from
PERSONS,   :   the Order of the Superior Court
  :
            Respondents   :
  :
  :
           v.   :
  :
  :
  :
ALBERT/CAROL MUELLER T/A   :
MCDONALDS; ALBERT AND CAROL   :
MUELLER LIMITED PARTNERSHIPS;   :
ALBERT MUELLER, INDIVIDUALLY; AND   :
CAROL MUELLER, INDIVIDUALLY,   :
  :
            Petitioners   :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is

**DENIED**.